IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVESTER THARP, JR., #207773, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-CV-374-WKW |
| | ) [WO] |
| KEITH REED, JAMES BRAZIER, and KIM TURNER, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 27.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 27) is ADOPTED;

2. Defendants' motion to dismiss (Doc. # 23) is GRANTED;

3. This case is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an administrative remedy before seeking relief from the court; and

4. No costs are taxed.

A final judgment will be entered separately.

DONE this 14th day of November, 2016.

                                                      /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE